

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-15-00677-CV

Helen A. **MZYK**, Karnes S4 Minerals, L.P., and Karnes S4 Management, L.L.C.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 14-04-00083-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellants' unopposed motion for an extension of time to file their brief is granted. We order appellants to file their brief by July 13, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court